UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14463-CIV-CANNON/Maynard

**LAWRENCE FELTZIN**,

    Plaintiff,

v.

**EMERALD JUDE HOLDINGS LLC**,

    Defendant.

_____/

**ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 14], filed on February 18, 2022. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective February 18, 2022, the date on which the parties filed their Joint Stipulation of Dismissal [ECF No. 14]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of February 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record